



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**IKOWEKSOLLKS**
**ATTORNEY GENERAL**

June 12, 1939

Honorable T. M. Trimble
First Assistant State Superintendent
Austin, Texas

Dear Sir:

Opinion No. O-776
Re: Eligibility of Ranger Independent
School District for participation
in the transportation fund under
provisions of Equalization Law.

We are in receipt of your letter of June 6, 1939,
wherein you advise that the Ranger Independent School District is more than nine miles in length and that same has
been refused aid by the Department of Education on the basis
that there are more than 3600 inhabitants according to the
last Federal Census. You advise that the superintendent
states that at the present time the district has fewer
than 3600 inhabitants. You request our opinion as to whether
or not this school is eligible for participation in the
transportation fund under Section 2 of the Equalization Law.

Section 2 of House Bill No. 138 being Chapter 60
beginning at page 1972, General and Special Laws of Texas,
Second Called Session 45th Legislature, 1937, reads as follows:

"Scholastic Population of the District.
State aid under the provisions of this Act shall
be distributed in such a way as to assist all
school districts of not fewer than twenty (20)
scholastics and not more than five hundred (500)
scholastics, and consolidated and/or rural high
school districts which have an average of not
more than two hundred (200) scholastics of each
original district composing the consolidated and/or
rural high school districts unit, and all districts
composed of entire counties having a scholastic population of less
than five thousand (5,000); provided that schools in
sparsely settled counties may be exempt from the
minimum restrictions of twenty (20) scholastics, as

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT



693

hereinafter provided; provided thatin such cases
the district applying for aid shall be levying
and collecting the limit of local tax support as
provided by general law.  Sparsely settled counties
shall be defined as those having less than one
thousand, four hundred (1,400) scholastic population
in the common school districts.  It is expressly
understood that the provisions and limitations of
this section and other sections in this Act do not
apply to vocational aid, and aid for crippled child-
ren; provided that the minimum and maximum scholastic
limits herein provided shall not apply for trans-
portation aid to any school district containing
forty-eight (48) square miles of territory, or more,
or which is nine (9) miles or more in length; and
provided further that the maximum limitations as
to scholastic population herein set forth shall
not apply for any type of aid to school districts
containing forty-eight (48) square miles of terri-
tory or more, or which is nine (9) miles or more
in length, provided there is not located in such
a district an incprporated city or town having a
population of more than thirty-six hundred (3600)
inhabitants, according to the last preceding
Federal Census."

A careful reading of the above section discloses that
whether the district now has less than 3600 inhabitants or
whether the same had more than 3600 inhabitants according to
the last Federal Census has nothing whatsoever to do with
the question of the right of the district to participate
in the transportation fund provided by Senate Bill No. 185
being Chapter 474 beginning at page 1259, General and Special
Laws of Texas, 45th Legislature, Regular Session, as amended
by the aforesaid House Bill No. 133.

Our answer to your question, therefore, is that
your letter states no fact which would deprive the Ranger
Independent School District of its right to participate in
the transportation fund.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By     (signed) *Glenn R Lewis*
                Glenn R. Lewis
                Assistant

GRL:PBP:ddt
Approved: *Gerald C. Mann*
Gerald C. Mann(signed)
ATTORNEY GENERAL OF TEXAS

Approved
Opinion Committee
By J. O. B. Chairman